IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 Master Docket Case No. 1:14-cv-01748 Honorable Matthew F. Kennelly |
| This document applies to: See attached Rider for a list of cases | |

**AUXILIUM'S SHORT-FORM ANSWER, DEFENSES AND JURY DEMAND**

Defendant Auxilium Pharmaceuticals, Inc. ("Auxilium") incorporates its responses and defenses set forth in its Amended Answer to the Master Long Form Complaint, dated May 21, 2015. To the extent a response is required, Auxilium is without knowledge or information sufficient to form a belief as to the allegations of the alleged medical conditions or injuries, and therefore those allegations and the remaining allegations are denied. Auxilium requests a trial by jury on all issues so triable.

Dated: May 26, 2015

Respectfully Submitted,

By: /s/ Pamela J. Yates

Andrew K. Solow (pro hac vice)
**KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10022
Phone: (212) 836-7740
Fax: (212) 836-6776
Email: Andrew.Solow@kayescholer.com

Pamela J. Yates (pro hac vice)
**KAYE SCHOLER LLP**
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Phone: (310) 788-1278
Fax: (310) 788-1200
Email: Pamela.Yates@kayescholer.com

*Attorneys for Auxilium Pharmaceuticals, Inc.*

# Rider

| Plaintiff Last Name | Plaintiff First Name | Current Docket Info | Case Caption |
|---|---|---|---|
| ACOSTA | Eduardo | Illinois, Nothern District - 1:14-cv-07765 | Eduardo Acosta vs. Auxilium Pharmaceuticals, Inc. and Does 1-25, inclusive |
| AMERSON | Benjamin Lewis Jr. and Rhonda | Illinois, Northern District- 1:14-cv-04554 | Benjamin Lewis Jr. and Rhonda Amerson vs. Abbott Laboratories, Inc., AbbVie Inc., Auxilium Pharmaceuticals, Inc., and Pfizer Inc., Jane, John, Jim, Jill Does (1-50) (Anonymous distributors, drug company defs., drug distributor defs., and health care providers.) |
| AUSTIN | Jerry | Illinois, Northern District- 1:14-cv-08412 | Jerry Austin v. Pfizer Inc., Pharmacia & Upjohn LLC, Auxilium Pharmaceuticals, Inc., and GlaxoSmithKline LLC |
| BANZHOF | Charles & Clare | Illinois, Northern District- 1:14-cv-08908 | Charles & Claire Banzhof v.Auxilium Pharmaceuticals, Inc.; Actavis, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company Defendants |
| BASS | Roland | Illinois, Northern District, 1:14-cv-06902 | Roland Bass vs. Auxilium Pharmaceutical, Inc.; Contract Pharmaceuticals Limited Canada. |
| BEDFORD | Daniel and Rosa | Illinois, Northern District - 1:15-cv-00676 | Daniel and Rosa Bedford vs. Pfizer, Inc.; A Delaware Corporation; Pharmacia and Upjohn, LLC.; Auxilium Pharmaceuticals, Inc. |
| BILLS | Thomas and Joyce | Illinois, Northern District - 1:14-cv-09497 | Thomas and Joyce, Bills v. Abbott Laboratories Inc.; AbbVie Inc.; Auxilium Pharmaceuticals, Inc. |
| BLACKETER | Billy | Illinois, Northern District - 1:15-cv-00278 | Billy Blacketer vs. Auxilium Pharmaceuticals, Inc. |
| BOYD | Steven and Elizabeth | Illinois, Northern District - 1:14-cv-08627 | Steven and Elizabeth, Boyd vs. Auxilium Pharmaceuticals Inc.; Eli Lilly and Company, Lilly USA LLC; Pharmacia & Upjohn Company Inc.; Pfizer Inc. |
| BRAY | Richard | Illinois, Northern District - 1:14-cv-09502 | Richard Bray vs. Auxilium Pharmaceuticals, Inc.; Does 1-50 Inclusive |

| | | | |
|---|---|---|---|
| BRUMFIELD | Terry and Annette | Illinois, Northern District - 1:14-cv-10162 | Terry and Annette Brumfield vs. Auxilium Pharmaceuticals, Inc. |
| BUDWITIS | Thomas and Jackie | Illinois, Northern District - 1:14-cv-05079 | Thomas and Jackie Budwitis vs. Auxilium Pharmaceuticals, Inc. |
| BURTON | Walter | Illinois, Northern District - 1:14-cv-10333 | Walter Burton vs. Auxilium Pharmaceuticals, Inc. |
| BURTON | Elmon and Ellen | Illinois, Northern District - 1:14-cv-08739 | Elmon and Eller Burton vs. Eli Lilly and Company; Lilly USA; Inc.; Auxilium Pharmaceuticals, Inc. |
| CARDEN | Tony | Illinois, Northern District - 1:15-cv-00504 | Tony Carden vs. Auxilium, Inc; GlaxoSmithKline, LLC. |
| CARPENTER | Gerald and Dora | Illinois, Northern District - 1:15-cv-01643 | Gerald and Dora Carpenter vs. Auxilium Pharmaceuticals Inc.; Endo Pharmaceuticals Inc |
| CINTRON | Carlos | Illinois, Northern District - 1:14-cv-08885 | Carlos Cintron vs. Auxilium Pharmaceuticals, Inc. |
| COHEN | Lee and Kyoko | Illinois, Northern District - 1:14-cv-00494 | Lee and Kyoko, Cohen vs. Auxilium Pharmaceuticals, Inc. |
| COKER | Danny | Illinois, Northern District - 1:15-cv-00401 | Danny Coker v. Lilly USA, Inc.; Eli Lilly and Company; Auxilium Pharmaceuticals, Inc. |
| COOPER | Willie | Illinois, Northern District - 1:14-cv-09508 | Willie Cooper vs. Abbott Laboratories Inc., AbbVie Inc., Watson Laboratories Inc., Actavis Inc., Actavis Pharma Inc., Auxilium Pharmaceuticals. |
| COOPER | Kevin and Carol | Illinois, Northern District - 1:14-cv-08741 | Kevin and Carol Cooper vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. |
| COOPER | Ronald S., | Illinois, Northern District - 1:14-cv-08408 | Ronald S. Cooper vs. AbbVie, Inc., Abbott Laboratories, Inc., Auxilium Pharmaceuticals, Inc |
| CORONADO | Francisco | Illinois, Northern District - 1:15-cv-01879 | Francisco Coronado vs. Auxilium Pharmaceuticals, Inc. |
| CRISSINGER | The Estate of Timothy Crissinger | Illinois, Northern District - 1:14-cv-08522 | The Estate of Timothy Crissinger vs. Auxilium Pharmaceuticals, Inc. |
| CRONE | Timothy and Kimberly | Illinois, Northern District - 1:15-cv-01764 | Timothy and Kimberly Crone vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals, Inc.; Actavis, Inc.; Watson Pharmaceuticals, Inc. |

| | | | |
|---|---|---|---|
| CROW | Dennis and Sharon | Illinois, Northern District - 1:15-cv-00702 | Dennis and Sharon Crow v. Auxilium, Inc; GlaxoSmithKline, LLC, Et al. |
| DAY | Kenneth | Illinois, Northern District - 1:15-cv-00987 | Kenneth Day v.Auxilium Pharmaceuticals, Inc. |
| DILL | David | Illinois, Northern District - 1:15-cv-03074 | David Dill vs. Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline |
| DOMIN | Barbara Ann Domin, individually and as executor of the Estate of Gregory P. Domin | Illinois, Northern District - 1:15-cv-01269 | Barbara Ann Domin, individually and as executor of the Estate of Gregory P. Domin, vs. AbbVie Inc., Abbott Laboratories Inc. & Auxilium Pharmaceuticals, Inc. |
| DUBROC | Martin, III | Illinois, Northern District - 1:14-cv-08661 | Martin Dubroc III vs. Auxilium Pharmaceuticals, Inc. |
| DUBROJA | Brett | Illinois, Northern District - 1:15-cv-00328 | Brett Dubroja vs. Auxilium Pharmaceuticals, Inc. |
| DUCHOK | James | Illinois, Northern District - 1:14-cv-08027 | James Duchok vs. Auxilium Pharmaceuticals, Inc.; Jane Doe Distributors; John Doe Drug Company Defendants (1-50); Jane Doe Drug Distributor Defendants (1-50); Jill Doe (1-50) |
| FELDER | Randy | Illinois, Northern District - 1:14-cv-08862 | Randy Felder v. Auxilium Pharmaceuticals, Inc. and Endo Pharmaceuticals Inc. |
| FIELDS | Amanda K., individually and on Behalf of the Estate of Robert L. Fields. | Illinois, Northern District - 1:14-cv-09377 | Amanda K., individually and on Behalf of the Estate of Robert L. Fields vs. Auxilium Pharmaceuticals, Inc. |
| FORESTIERI | Joseph | Illinois, Northern District - 1:14-cv-10327 | Joseph Forestieri vs. Auxilium Pharmaceuticals, Inc. |
| FORRESTER | Robert N. | Illinois, Northern District - 1:14-cv-07135 | Robert Forrester vs. Auxilium Pharmaceuticals, Inc. |
| FOWLER | Weseley | Illinois, Northern District - 1:14-cv-06325 | Wesley Fowler vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. Does 1-50 inclusive. |
| FRANCIONE | Brian T. | Illinois, Northern District - 1:15-cv-00300 | Brian T. Francione vs.Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC; Does 1-50 Inclusive |

| | | | |
|---|---|---|---|
| FRANKLIN | Ronnie | Illinois, Northern District - 1:15-cv-00769 | Ronnie Franlin vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| FRENCH | John | Illinois, Northern District - 1:15-cv-00244 | John French v. Auxilium Pharmaceuticals, Inc. |
| GARNER | Sandra R. Garner, Individually and as Surviving Spouse of Gary Alan Garner; The Estate of Gary Alan Garner | Illinois, Northern District - 1:14-cv-06383 | Garner, Sandra R., Individually and as Surviving Spouse of Gary Alan Garner; The Estate of Gary Alan Garner vs. Auxilium Pharmaceuticals, Inc.; Actavis Inc.; Pfizer Inc. |
| GARRISON | Gary | Illinois, Northern District - 1:15-cv-02823 | Gary Garrison vs. Endo Pharmaceuticals, Inc. and Auxilium Pharmaceuticals, Inc. |
| GEGUNDE | Frank | Illinois, Northern District - 1:15-cv-00007 | Frank Gegunde vs. Auxilium Pharmaceuticals, Inc. |
| GLOVER | James and Carol | Illinois, Northern District - 1:14-cv-08730 | James and Carol, Glover vs. Pfizer, Inc.; A Delaware Corporation; Pharmacia and Upjohn, LLC.; Auxilium Pharmaceuticals, Inc. |
| GOINS | David and Mindy Sue Goins | Illinois, Northern District - 1:14-cv-10155 | David Goins vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals Inc. |
| GORDON | Larry and Ann | Illinois, Northern District - 1:15-cv-00299 | Larry and Ann Gordon vs. Auxilium Pharmaceuticals, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company LLC |
| GOSNELL | Roger | Illinois, Northern District - 1:14-cv-05040 | Roger Gosnell vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| GRIZZELL | William | Illinois, Northern District - 1:15-cv-01014 | William Grizzell vs. Auxilium Pharmaceuticals, Inc. |
| HALE | Thaddeus, J. | Illinois, Northern District - 1:14-cv-05472 | Thaddeus J.. Hale vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| HASLAR | Richard L. | Illinois, Northern District - 1:15-cv-00331 | Richard L. Haslar vs. Auxilium Pharmaceuticals, Inc. |
| HAUSER | David and Francine | Illinois, Northern District - 1:14-cv-09817 | David and Francine Hauser vs. Auxilium Pharmaceuticals, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company LLC |
| HEARNE | Richard | Illinois, Northern District - 1:15-cv-00901 | Richard Hearne vs. Auxilium Pharmaceuticals, Inc. |
| HEBERT | Steven and Linda | Illinois, Northern District - 1:14-cv-09321 | Steven and Linda Hebert vs. Auxilium Pharmaceuticals, Inc.; Pfizer, Inc. |

| | | | |
|---|---|---|---|
| HEIDER | Cheryle, individuallt and as Personal Representative of the Estate of James Heider | Illinois, Northern District - 1:15-cv-00638 | Cheryle Heider, individually and as Personal Representative of the Estate of James Heider |
| HEIMNICK | Mark | Illinois, Northern District - 1:15-cv-02031 | Mark Heimnick vs.AbbVie Inc.; Abbott Laboratories, Inc.; Eli Lilly and Company; Auxilium Pharmaceuticals, Inc. |
| HILL | Larry | Illinois, Northern District - 2:14-cv-04553 | Larry Hill vs. Auxilium Pharmaceuticals, Inc. |
| HITE | Ernest | Illinois, Northern District - 1:15-cv-01607 | Ernest Hite vs. AbbVie Inc.; Abbott Laboratories, Inc.; Actavis, Inc.; Watson Pharmaceuticals, Inc.; Auxilium Pharmaceuticals, Inc. |
| HITT | Glen | Illinois, Northern District - 1:15-cv-01035 | Glen Hitt vs. Pfizer, Inc.; Pharmacia & Upjohn Co.; Auxilium Pharmaceuticals, Inc. |
| HOBBS | Freddie | Illinois, Northern District - 1:15-cv-00872 | Freddie Hobbs vs. AbbVie Inc.; Abbott Laboratories, Inc.; Endo Pharmaceuticals Inc.; Auxilium, Inc.; and GlaxoSmithKline, LLC. |
| HOUSTON | Edward | Illinois, Northern District - 1:14-cv-05449 | Edward Houston vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals Inc |
| HUMBLE | Robert L. | Illinois, Northern District - 1:14-cv-06324 | Robert L. Humble vs. AbbVie, Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc.; and Does 1-50 Inclusive. |
| HUNT | Danny and Linda | Illinois, Northern District - 1:14-cv-00914 | Danny and Linda, Hunt vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| HUPP | Larry D. | Illinois, Northern District - 1:14-cv-07525 | Larry D. Hupp vs. Abbott Laboratories, Inc.; AbbVie, Inc.; Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. |
| HUSTED | Ronald W. | Illinois, Northern District - 1:14-cv-04259 | Ronald W. Husted vs. AbbVie, Inc.; Abbott Laboratories; Auxilium Pharmaceuticals, Inc. |
| JOHNSON | Vance | Illinois, Northern District - 1:15-cv-01875 | Vance Johnson vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals, Inc. |
| JONES | Anthony and Laura | Illinois, Northern District - 1:15-cv-00416 | Anthony and Laura Jones vs. Auxilium Pharmaceuticals, Inc. |
| JOSEPH | Lionell | Illinois, Northern District - 1:14-cv-09948 | Lionell Joseph vs. Auxilium Pharmaceuticals, Inc. |

| LEPPARD | Cheryl S. Leppard, Individually and as Administrator of the Estate of Larry Dee Leppard | Illinois, Northern District - 1:15-cv-02588 | Cheryl S. Leppard, Individually and as Administrator of the Estate of Larry Dee Leppard vs. Auxilium Pharmaceuticals, Inc. |
|---|---|---|---|
| LICON | Daniel | Illinois, Northern District - 1:14-cv-08602 | Daniel Licon vs. Auxilium Pharmaceuticals, Inc. |
| LINT | Albert T. | Illinois, Northern District - 1:14-cv-06896 | Albert Lint vs. Auxilium Pharmaceuticals, Inc.; Contract Pharmaceuticals Limited Canada |
| LOFTEN | David and Regina | Illinois, Northern District - 1:15-cv-00790 | David and Regina Loften vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. |
| LOHAN | William | Illinois, Northern District - 1:15-cv-07025 | William Lohan vs. Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc.; AbbVie Inc.; Abbott Laboratories, Inc. |
| LOISEL | Donald, Sr. | Illinois, Northern District - 1:14-cv-09306 | Donald Loisel Sr. vs. AbbVie, Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| LONGOBARDO | Steve | Illinois, Northern District - 1:14-cv-09433 | Steve Longobardo vs.Auxilium, Inc; GlaxoSmithKline, LLC. |
| LUFT | Gene | Illinois, Northern District - 1:15-cv-01576 | Gene Luft vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| LYONS | Leamon and Judy | Illinois Northern District 1:14-cv-08430 | Leamon and Judy, Lyons vs. Auxilium Pharmaceuticals, Inc. |
| MAHROUS | Mohamed and Donna | Illinois Northern District 1:14-cv-09431 | Mohammed and Donna, Mahrous vs.Auxilium Pharmaceuticals, Inc. |
| MARSEE | Charles | Illinois Northern District 1:14-cv-05450 | Charles Marsee vs. Auxilium Pharmaceuticals, Inc., A corporation |
| MARTIN | Bobby and Hazel | Illinois Northern District - 1:14-cv-08990 | Bobby and Hazel, Martin vs. Auxilium Pharmaceuticals, Inc. |
| MARTIN | Roy | Illinois Northern District - 1:15-cv-03045 | Roy Martin vs. AbbVie Inc.; Abbott Laboratories; Eli Lilly and Company; Pfizer, Inc.; Pharmacia & Upjohn Company Inc.; Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc.; Actavis, Inc. |

| MCAULEY | Scott | Illinois Northern District - 1:15-cv-02695 | Scott McAuley vs. Endo Pharmaceuticals, Inc. and Auxilium Pharmaceuticals, Inc. |
|---|---|---|---|
| MCCLURE | Brad | Illinois Northern District - 1:14-cv-10309 | Brad McClure vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| MCFADDEN | Gerald T. McFadden, Deceased By Lorraine A. McFadden, Administrator | Illinois Northern District - 1:14-cv-09491 | Gerald T. McFadden, Deceased By Lorraine A. McFadden, Administrator vs. McFadden vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| MCLEOD | John | Illinois Northern District - 1:14-cv-08764 | John McLeod v.Auxilium Pharmaceuticals, Inc. |
| MERCER | Peter | Illinois Northern District - 2:15-cv-00064 | Peter Mercer vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| METZ | Frances (Individually and on behalf of the Estate of Donald Metz) | Illinois Northern District - 1:14-cv-08900 | Frances (Individually and on behalf of the Estate of Donald Metz), Metz vs. Endo Pharmaceuticals Inc; Auxilium Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo International plc; Pharmacia & Upjohn Company Inc.; Pfizer Inc.; AbbVie Inc.; Abbott Laboratories Inc.; Abbott Laboratories; Eli Lilly and Company; Lily USA LLC; Besins Healthcare Inc.; Besins Healthcare S.A.; Unimed Pharmaceuticals LLC; Solvay Pharmaceuticals Inc.; Solvay S.A., Solvay Pharma US Holdings Inc.; Solvay America Inc.; Solvay North America LLC; Solvay Pharmaceuticals Sarl; Pfizer Holdings International Corporation; Pfizer Holdings Americas Corporation; Wyeth Holdings LLC; Pharmacia LLC; Pharmacia & Upjohn LLC; Acrux Limited |
| MICALIZZI | Sam | Illinois Northern District - 1:14-cv-09552 | Sam Micalizzi vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| MIDDLETON | Garry E. | Illinois Northern District - 1:15-cv-01253 | Garry E. Middleton vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals, Inc. |
| MIERZWINSKI | Ronald | Illinois Northern District - 1:15-cv-01493 | Ronald Mierzwinski vs. Auxilium Pharmaceuticals, Inc. |

| MONTINO | Carl | Illinois Northern District - 1:14-cv-07159 | Carl Montino vs. Auxilium Pharmaceuticals, Inc. |
|---|---|---|---|
| MOORE | Danny and Elizabeth | Illinois Northern District - 1:15-cv-00784 | Danny and Elizabeth Moore vs. AbbVie Inc.; Abbott Laboratories Inc; Auxilium Pharmaceuticals Inc. |
| MOORE | Rhonda Moore, as Special Administrator of the ESTATE of Edward Moore, deceased | Illinois Northern District - 1:14-cv-08057 | Rhonda Moore, as Special Administrator of the ESTATE of Edward Moore, deceased, Moore vs. Auxilium Pharmaceuticals, Inc. |
| MORALES | Arturo and Imelda S. | Illinois Northern District - 1:15-cv-02033 | Artulo and Imelda S, Morales vs. AbbVie Inc.; Abbott Laboratories, Inc. Auxilium Pharmaceuticals, Inc. |
| MORELAND | Russell | Illinois Northern District - 1:15-cv-00036 | Russell Moreland vs. Auxilium Pharmaceuticals, Inc. |
| NEBELSKI | John and Ann | Illinois Northern District - 1:14-cv-08714 | John and Ann Nebelski vs. Auxilium Pharmaceuticals, Inc. |
| NEELY | Elbert E., III | Illinois Northern District - 1:14-cv-09526 | Elbert E. Neely. III vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| OLIVER | John and Barbara | Illinois Northern District - 1:14-cv-10224 | John and Barbara, Oliver vs. Auxilium Pharmaceuticals, Inc. |
| O'MARY | Marvin | Illinois Northern District - 1:14-cv-06320 | Marvin O'Mary vs. Auxilium Pharmaceuticals, Inc. ; Does 1-50. |
| OWENS | Isaac and Mary | Illinois Northern District - 1:14-cv-05180 | Isaac and Mary,Owens vs. Auxilium Pharmaceuticals, Inc. |
| PAPKE | Melvin and Tracy | Illinois Northern District - 1:15-cv-00739 | Melvin and Tracy Papke vs. AbbVie Inc.; Abbott Laboratories Inc.; Lilly USA, Inc.; Auxilium Pharmaceuticals, Inc. ; Eli Lilly and Company; Endo Pharmaceuticals Inc. |
| PARKER | Loran | Illinois Northern District - 1:15-cv-02394 | Loran Parker vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| PATRICK | John | Illinois Northern District - 1:15-cv-00845 | John Patrick vs. Auxilium Pharmaceuticals, Inc. |
| PETRAS | Helena, individually and as successor in interest for Joseph Petras | Illinois Northern District - 1:14-cv-07642 | Helena, individually and as successor in interest for Joseph Petras, Petras vs. Auxilium Pharmaceuticals, Inc. |

| | | | |
|---|---|---|---|
| PEULER | Jeffrey Daboval Peuler and Jennifer Peuler Gillen Individually and as the sole heirs of John Benedict Peuler (Deceased) | Illinois Northern District - 1:14-cv-04255 | Jeffrey Daboval Peuler and Jennifer Peuler Gillen Individually and as the sole heirs of John Benedict Peuler (Deceased), Peuler vs. Auxilium Pharmaceuticals, Inc. |
| PFISTER | Gregory | Illinois Northern District - 1:14-cv-10140 | Gregory Pfister vs. AbbVie, Inc.; Abott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| POYNTER | Jerry | Illinois Northern District - 1:15-cv-00969 | Jerry Poynter vs. Pfizer, Inc.; Pharmacia & Upjohn Company, LLC.; AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| RABIDOU | Gary | Illinois Northern District - 1:15-cv-00294 | Gary Rabidou vs. Auxilium Pharmaceuticals, Inc. |
| RAMSEY | Cecil and Rebecca S. | Illinois Northern District - 1:15-cv-01775 | Cecil and Rebecca S. Ramsey vs. Auxilium Pharmaceuticals, Inc.; Pfizer, Inc.; Pharmacia & Upjohn Company LLC |
| RAPER | Kevin | Illinois Northern District - 1:15-cv-08918 | Kevin Raper vs. Auxilium Pharmaceuticals, Inc. |
| REYNOLDS | Steve | Illinois Northern District - 1:14-cv-09750 | Steve Reynolds vs. Auxilium Pharmaceuticals, Inc. |
| RIDLEY | Richard | Illinois Northern District - 1:15-cv-00782 | Richard Ridley vs. Auxilium Pharmaceuticals, Inc. |
| ROBBINS | Harvey | Illinois Northern District - 1:14-cv-10343 | Harvey Robbins vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| ROLAND | James, Sr. | Illinois Northern District - 1:14-cv-07237 | James Roland Sr. vs. AbbVie, Inc.; Abott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| ROSE | Matthew J. | Illinois Northern District - 1:15-cv-01704 | Matthew Rose vs. Auxilium Pharmaceuticals, Inc. |
| ROSE | Gerald | Illinois Northern District - 1:15-cv-00748 | Gerald Rose vs. Auxilium Pharmaceuticals, Inc. |
| RUEDE | Michael | Illinois Northern District - 1:14-cv-07597 | Michael Ruede vs. Auxilium Pharmaceuticals, Inc. |
| SAYRE | Donald | Illinois Northern District - 1:14-cv-08676 | Donald Sayre vs. AbbVie, Inc.; Abott Laboratories Inc.; Auxilium Pharmaceuticals, Inc. |
| SCHEIDEMAN | Richard | Illinois Northern District - 1:14-cv-09456 | Richard Scheidman vs. Auxilium Pharmaceuticals, Inc.; Eli Lilly and Company |

| SEXTON | James and Anne Sexton | Illinois Northern District - 1:14-cv-04536 | James and Anne Sexton vs. AbbVie Inc.; Abbott Laboratories Inc.; Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals Inc. |
|---|---|---|---|
| SHAHID | Samuel | Illinois Northern District - 1:15-cv-02623 | Samuel Shahid vs. Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc. |
| SICARD | William | Illinois Northern District - 1:14-cv-03632 | William Sicard vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| SIMMONS | Dale L. | Illinois Northern District - 1:14-cv-09284 | Dale Simmons vs. Auxilium Pharmaceuticals, Inc. |
| SKADAL | James and Naomi | Illinois Northern District - 1:14-cv-02955 | James and Naomi Skadal vs. Auxilium Pharmaceuticals, Inc. |
| STENSON | Thomas and Rogelia | Illinois Northern District - 1:15-cv-03026 | Thomas and Rogelia Stenson vs. AbbVie Inc.; Abbott Laboratories; Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc. |
| TEMPLEMAN | Lennie | Illinois Northern District - 1:14-cv-10340 | Lennie Templemann vs. Auxilium Pharmaceuticals, Inc. |
| THACH | Than | Illinois Northern District - 1:15-cv-00282 | Than Thach vs. Auxilium Pharmaceuticals, Inc. |
| THOMAS | Louis J., | Illinois Northern District - 1:15-cv-00950 | Louis J. Thomas vs. AbbVie Inc.; Abbott Laboratories Inc.; Actavis, Inc.; Watson Laboratories, Inc.; Auxilium Pharmaceuticals, Inc.; Pfizer, Inc.; Endo Pharmaceuticals Inc.; Endo International, Plc. |
| THOMPSON | Charles B., Jr. | Illinois Northern District - 1:15-cv-01166 | Charles B. Thompson, Jr. vs. Auxilium Pharmaceuticals, Inc. |
| THOMPSON | Michael | Illinois Northern District - 1:15-cv-02996 | Michael Thompson vs. Endo Pharmaceuticals Inc.; Auxilium Pharmaceuticals, Inc. |
| TOMENY | Philip | Illinois Northern District - 1:15-cv-00711 | Philip Tomeny vs. Lilly USA, Inc.; Eli Lilly and Company; Auxilium Pharmaceuticals, Inc. |
| TOMPKINS | James | Illinois, Northern District - 1:15-cv-00973 | James Tompkins vs. Auxilium Pharmaceuticals, Inc.; Endo Pharmaceuticals Inc. |
| TORRES | Oscar | Illinois, Northern District - 1:15-cv-00276 | Oscar Torres vs. Auxilium Pharmaceuticals, Inc. |

| | | | |
|---|---|---|---|
| VANBUSIRIK | Alan | Illinois, Northern District - 1:14-cv-07554 | Alan Vanbusirik vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc. |
| WALKER | James, Jr. | Illinois, Northern District - 1:14-cv-05457 | James Walker, Jr. vs. Auxilium Pharmaceuticals, Inc., A corporation |
| WEBBER | Brian M. | Illinois, Northern District - 1:14-cv-09142 | Brian M. Webber vs. Auxilium Pharmaceuticals, Inc.; AbbVie INC.; Abbot Laboratories, Inc.; Actavis, Plc; Actavis, inc. formerly known as Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc.; Individually and as subsidary to Actavis, Inc.; and Anda, Inc., Individually and as subsidary to Actavis, inc. |
| WEIMERS | James | Illinois, Northern District - 1:14-cv-09365 | James Weimers vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKlin, LLC; Does 1-50 |
| WHITNEY | Brad and Vicki | Illinois, Northern District - 1:14-cv-08677 | Brad and Vicki, Whitney v. AbbVie, Inc.; Abbot Laboratories.; Auxilium Pharmaceuticals, Inc. |
| WILKERSON | Jerry | Illinois, Northern District - 1:15-cv-01232 | Jerry Wilkerson v. Auxilium Pharmaceuticals, Inc. |
| WILKINSON | Jerry and Kay | Illinois, Northern District - 2:14-cv-05498 | Jerry and Kay Wilkinson vs. Auxilium Pharmaceuticals, Inc. |
| WILLIAMS | Eddie | Illinois, Northern District - 1:15-cv-01193 | Eddie Williams vs. Auxilium Pharmaceuticals, Inc. |
| WILLIAMS | Vincent | Illinois, Northern District - 1:15-cv-1601 | Vincent Williams vs. Auxilium Pharmaceuticals, Inc. |
| WILSON | Tommy | Illinois, Northern District - 1:14-cv-04962 | Tommy Wilson vs. AbbVie.; Abbott Laboratories, inc.; Auxilium Pharmaceuticals, Inc. |
| WISDOM | Roger | Illinois, Northern District - 1:14-cv-06916 | Roger Wisdom vs. Auxilium Pharmaceuticals, Inc.; AbbVie, inc.; Abbott Laboratories |
| WOLF | Joseph | Illinois, Northern District - 1:14-cv-04762 | Joseph Wolf vs. Auxilium Pharmaceuticals, Inc. |
| WOOSLEY | Terry and Maria | Illinois, Northern District - 2:13-cv-05806 | Terry and Maria Woosley vs. Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. |
| ZIMMERMAN | Patrick and Deborah | Illinois, Northern District - 1:14-cv-08614 | Patrick and Deborah Zimmerman vs. AbbVie Inc.; Abbott Laboratories, Inc.; Auxilium Pharmaceuticals, Inc.; GlaxoSmithKline, LLC. |

## CERTIFICATE OF SERVICE

I certify that on May 26, 2015, a copy of the foregoing was served electronically on counsel of record for all parties through the Court's CM/ECF system.

Dated: May 26, 2015

_____
Andrew K. Solow